PETER B. AMORY, Assignee, etc., Respondent, *v.* LOFTUS WOOD, Appellant.

(Argued May 17, 1872; decided January term, 1873.)

THIS action was for an accounting. In January, 1843, Packard, plaintiff's assignor, and defendant entered into an agreement, by which the latter entered into the employment of the former as clerk, and was to receive as salary one-half

the net profits of the business. In 1845, by another agreement, one O. Berry was employed in the business; he to receive for his services one-third of the net profits. In 1847, without the knowledge of Packard, defendant bought out all of Berry's interest in the concern, past and prospective; and it was agreed that Berry's compensation should be ten dollars per week. The books, however, were kept as before, and, in form, Berry was credited with the one-third. *Held* that, as to the profits accrued at the time of the purchase of Berry, defendant was entitled to Berry's one-third. But as to the prospective profits, the purchase must be deemed for the benefit of the concern; that Packard, equally with defendant, was entitled to all advantages therefrom; and that, in ascertaining the former's share of the net profits, the latter could only charge in the expense account the sums actually paid Berry for his services.

*Lucien Birdseye* for the appellant.

*Samuel Hand* for the respondent.

HUNT, C., reads for affirmance.
All concur.
Judgment affirmed.